KENNETH A. FEINSWOG
kfeinswog@aol.com
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Facsimile: (310) 846-5801

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

-------------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC. and
ZION ROOTSWEAR, LLC,

                              Plaintiffs,

        -against-

GEARLAUNCH INC., MICHAEL SCHELL,
THATCHER CLAFLIN SPRING,
BARRETT SUMMERLIN, SUNFROG,
LLC, MERCHPOND MANUFACTURING,
LLC, JOSH KENT, THE DREAM
JUNCTION, LLC and BLAIR DORSEY,

                              Defendants.
-------------------------------------------------------X

CIVIL ACTION NO.
2:16-cv-08657-MWF-JEM

**NOTICE OF DISMISSAL**

    Plaintiffs, having reached a settlement with Defendants Gearlaunch Inc., Michael Schell, Thatcher Claflin Spring, Barrett Summerlin, The Dream Junction, LLC and Blair Dorsey in the above-referenced action, hereby dismiss

1

Defendants Gearlaunch Inc., Michael Schell, Thatcher Claflin Spring, Barrett Summerlin with prejudice and Defendants The Dream Junction, LLC and Blair Dorsey without prejudice with each party bearing its/his/hers attorneys' fees and costs.

Dated:  May 22, 2017          By:   /s/Kenneth A. Feinswog
                                    Kenneth A. Feinswog

                                    Attorney for Plaintiffs BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC. and ZION ROOTSWEAR, LLC

## CERTIFICATE OF SERVICE

I, hereby certify that on May 22, 2017, I electronically filed the foregoing Notice To Dismiss using the ECF system, which will send notifications of such filing to all attorneys of records.

Dated: May 22, 2017         Law Offices of Kenneth A. Feinswog

By: /s/ Kenneth A. Feinswog
    Kenneth A. Feinswog

Attorney for Plaintiffs