1 KENNETH A. FEINSWOG
2 kfeinswog@aol.com
Bar No. 129562
3 400 Corporate Pointe, Suite 300
4 Culver City, California 90230
Telephone: (310) 846-5800
5 Facsimile: (310) 846-5801
6
7 Attorney for Plaintiffs
8
9 **UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT**
10 **OF CALIFORNIA**
11
12
13 -------------------------------------------
BRAVADO INTERNATIONAL | CIVIL ACTION NO.
14 GROUP MERCHANDISING | 16-cv-08657 MWF-JEM
SERVICES, INC., FIFTY-SIX
15 HOPE ROAD MUSIC LIMITED
16 and ZION ROOTSWEAR, LLC
17       Plaintiffs, | **JOINT STIPULATION FOR**
18     v. | **DISMISSAL WITH**
| **PREJUDICE AND THE COURT'S**
19 SUNFROG, LLC, MERCHPOND | **RETENTION OF JURISDICTION**
20 MANUFACTURING, LLC,
and JOSH KENT
21
22       Defendants.
23 -------------------------------------------
24
25     IT IS HEREBY STIPULATED, subject to the conditions stated herein, by
26 Plaintiffs and Defendants Sunfrog, LLC, Merchpond Manufacturing, LLC and
27 Josh Kent that:
28

1

1. Plaintiffs and Defendants Sunfrog, LLC, Merchpond Manufacturing, LLC and Josh Kent have entered into a settlement agreement (the "Settlement Agreement") providing that Defendants shall take certain actions and refrain from taking certain actions regarding the alleged infringement.

2. Subject to the Settlement Agreement, Plaintiffs' claims shall be dismissed with prejudice.

3. This Stipulation is expressly contingent and conditional upon the Court entering an order retaining jurisdiction to enforce the Settlement Agreement, in an order substantially similar to the Proposed Order attached as Exhibit 1. To the extent the Court declines to enter such an order, this Stipulation is void.

CONSENTED TO by Plaintiffs

Dated: September 6, 2019	/s/Kenneth A. Feinswog
	Kenneth A. Feinswog, Esq.
	Attorney for Plaintiffs
	400 Corporate Pointe, Suite 300
	Culver City, CA 90230

CONSENTED TO BY Defendants Sunfrog, LLC, Merchpond Manufacturing, LLC and Josh Kent

Dated: September 6, 2019	/s/Eric Misterovich
	Eric Misterovich, Esq.
	Revision Legal
	109 East Front Street, Suite 309
	Traverse City, MI 49684
	Attorneys for Defendants Sunfrog,
	LLC, Merchpond Manufacturing,
	LLC and Josh Kent

## CIVIL LOCAL RULE 5-4.3.4(a)(2)(i) ATTESTATION

I, Kenneth A. Feinswog, am the ECF user whose ID and password are being used to file the above Joint Stipulation to Dismiss. In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that each counsel listed above has concurred in this filing.

Dated: September 6, 2019                    By: /s/ Kenneth A. Feinswog
                                            Kenneth A. Feinswog
                                            Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing Joint Stipulation to Dismiss using the ECF system, which will send notification of such filing to all attorneys of record.

Dated: September 6, 2019          By: /s/ Kenneth A. Feinswog
                                  Kenneth A. Feinswog
                                  Attorney for Plaintiffs