KENNETH A. FEINSWOG
400 Corporate Pointe, Suite 300
Culver City, CA 90230
Phone: (310) 846-5800
Email: kfeinswog@gmail.com

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

-------------------------------------------

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., FIFTY-SIX HOPE ROAD MUSIC LIMITED And ZION ROOTSWEAR, LLC<br><br>   Plaintiffs,<br><br>v.<br><br>SUNFROG, LLC, MERCHPOND MANUFACTURING, LLC, and JOSH KENT<br><br>   Defendants. | CIVIL ACTION NO.<br>16-cv-08657 MWF-JEM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE WITH THE COURT RETAINING JURISDICTION**<br><br>Hon. Michael W. Fitzgerald |

-------------------------------------------

The Court having considered the Joint Stipulation to Dismiss as filed by Defendants SunFrog, LLC, Merchpond Manufacturing, LLC, and Josh Kent ("Defendants") and Plaintiffs Bravado International Group Merchandising Services, Inc., Fifty-Six Hope Road Music Limited, and Zion Rootswear, LLC ("Plaintiffs"),

which stipulated to dismiss the action with prejudice as long as the Court retains jurisdiction of the confidential settlement agreement between Plaintiffs and Defendants pursuant to which Defendants agreed to take certain actions and refrain from certain actions ("Settlement Agreement").

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' claims against Defendants are hereby dismissed with prejudice with each party bearing its own attorneys' fees and costs with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

Dated: September 9, 2019

_____
Hon. Michael W. Fitzgerald
United States District Court Judge